Amir J. Goldstein, Esq. (SBN: 255620)
ajg@consumercounselgroup.com
The Law Offices of Amir J. Goldstein, Esq.
7304 Beverly Boulevard, Suite 212
Los Angeles, CA 90036
Tel 323.937.0400
Fax 866.288.9194

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRY QUINN, et al | ) | CASE NO.: 2:21-cv-812 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| MANDARICH LAW GROUP, LLP, et al | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients (the Defendants not having filed Answers) that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice, with the right to reopen for (30) days, pending consummation of settlement. Any claims of any putative class members are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: June 11, 2021        Respectfully Submitted,

                                            /s/ Amir J. Goldstein
                                       Amir J. Goldstein, Attorney for Plaintiff